# United States District Court

_____ DISTRICT OF _____ DELAWARE _____

UNITED STATES OF AMERICA

v.

RANDALL HILL

## Criminal Complaint

CASE NUMBER: 05- 84 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 12, 2005__ in _____New Castle_____ county, in the _____ District of ___Delaware___ defendant(s) did, (Track Statutory Language of Offense)

forcibly assault United States Court Security Officer Theodore Butler while he was engaged in the performance of official duties,

in violation of Title ____18____ United States Code, Section(s) ___111(a)(1)_____.

I further state that I am a(n) __Deputy United States Marshal Michael P. Green__ and that this complaint is based
                                     Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

_____
Signature of Complainant

Michael P. Green
Deputy United States Marshal
United States Marshal's Service

Sworn to before me and subscribed in my presence,

__May 12, 2005_____ at __Wilmington, DE_____
Date                                                                                                 City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                        _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

Affidavit

I, Michael P. Green, being duly sworn, state as follows:

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS"), and have been so employed for approximately thirteen years.

2. This Affidavit is in support of a criminal complaint against and arrest warrant for Randall HILL. This Affidavit is based on my personal knowledge and observations as well as information provided to me by other law enforcement officers. Because this Affidavit is solely for the purpose of establishing probable cause, not all facts of the investigation are included herein.

3. On May 12, 2005, HILL entered the J. Caleb Boggs United States District Courthouse in Wilmington, Delaware and proceeded to the Clerk of Court's Office, where he engaged in conversation with a Court employee. During the conversation, HILL became enraged and threatened the employee with bodily injury while attempting to gain access behind the Clerk's counter. In response to HILL's threats, the employee activated a distress alarm, summoning the United States Marshals Service and United States Court Security Officers ("CSO's"). CSO Theodore Butler was the first to arrive, and was advised by the Court employee that HILL had threatened him. CSO Butler directed HILL to stand back. HILL failed to do so, and instead, lunged at and grabbed CSO Butler. HILL continued to forcibly resist as CSO Butler attempted to handcuff him, and while other federal law enforcement officers attempted to subdue him. Eventually, HILL was taken into custody.

4. Based on the foregoing facts, Affiant submits that there is probable cause to believe that Randall Hill has committed a violation of Title 18, United States Code, Section 111(a)(1), and therefore respectfully requests that the Court issue a criminal complaint and arrest warrant for HILL.

_____
MICHAEL P. GREEN
Deputy United States Marshal
United States Marshals Service

Dated: May 12, 2005