

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05- 84M |
| RANDALL HILL, | : |
| Defendant. | : |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (**check all that apply**):

    __X__  Crime of violence (18 U.S.C. § 3156)

    ____  Maximum sentence life imprisonment or death

    ____  10+ year drug offense

    ____  Felony, with two prior convictions in above categories

    ____  Serious risk defendant will flee

    ____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release that will reasonably assure (**check one or both**):

    __X__  Defendant's appearance as required

    __X__ Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States will not invoke the rebuttable presumption against defendant under § 3142(e).  The presumption applies because **(check one or both)**:

    ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the Court conduct the detention hearing:

    ____ At first appearance

    __X__ After continuance of __3__ days

DATED this 12th day of May, 2005.

                                               Respectfully submitted,

                                               COLM F. CONNOLLY
                                               United States Attorney

                         BY: _____
                                               April M. Byrd
                                               Assistant United States Attorney