UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-84M |
| | : | |
| RANDALL HILL | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Randall Hill, in the above-captioned matter.

   /s/ Penny Marshall
Penny Marshall, Esquire

   /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Randall Hill

DATED: May 16, 2005

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on May 16, 2005 to:

April M. Byrd, AUSA
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801


 /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Randall Hill

DATED:  May 16, 2005