IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr. Action No. 05-84M-MPT |
| RANDALL HILL, III, | : | |
| Defendant. | : | |

FILED

MAY 1 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

At Wilmington, Delaware, this **17th day of May, 2005.**

Randall Hill, III appeared before the Court on Thursday, May 12, 2005 for an initial appearance on a criminal complaint for a violation of 18 U.S.C. § 111(1)(a). During the preliminary and detention hearings on May 17, 2005, the Court found probable cause. Further, based upon defendant's conduct and statements during the initial appearance and the preliminary and detention hearings, it was clearly evident that defendant is suffering from a mental condition or disease. There was evidence presented that defendant is recognized as disabled due to a mental health illness for which he is receiving disability payments, has refused mental health treatment and has refused to cooperate with any such treatment. As a result, the Court ordered a competency hearing occur pursuant to 18 U.S.C. § 4241.

The Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or mental defect

rendering him incompetent and unable to properly assist in his defense. A study is necessary to assist the Court in determining the competency of the defendant.

The Court finds that there is a compelling reason for the study to be conducted by the Bureau of Prisons.

IT IS HEREBY ORDERED this **17th** day of **May, 2005,** pursuant to 18 U.S.C. §§ 4241 and 4247(b), that Randall Hill, III shall forthwith be committed to the custody of the U. S. Bureau of Prisons for placement at a suitable federal facility for a term of thirty (30) days for the purpose of having a complete and thorough medical study to include a physical, psychiatric, psychological and/or neurological examination of the defendant to aid the competency of defendant. The thirty day period shall begin to run only when the study is initiated at the federal facility. **The Court recommends** that the study, evaluation and treatment, if any, begin within a reasonable period of time and occur, if possible, at the federal medical facility in Springfield, Missouri, or Butner, North Carolina, or Devens, Massachusetts.

IT IS FURTHER ORDERED that a psychiatric or medical study report be prepared by the examiner and that report be filed with the Court. The report shall include the follow:

1. Mr. Hill's history.
2. A description of the psychiatric, psychological, neurological, and medical tests that were employed, and their results, to properly inform the Court if Mr. Hill is experiencing a psychiatric, psychological, neurological and/or medical problem.
3. The examiner's findings of all present symptoms.
4. The examiner's opinions as to diagnosis, prognosis, and

appropriate correctional treatment, including medications and therapy.

     5. Whether Mr. Hill is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

                                                                 _____
                                                                 The Honorable Mary Pat Thynge
                                                                 U. S. Magistrate Judge