**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

**FILED**
JUN 28 2005
MARY PAT THYNGE
U. S. MAGISTRATE JUDGE

June 17, 2005

The Honorable Mary Pat Thynge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street,
Room 6100, Lockbox 8
Wilmington, DE 19801

RE:   HILL, Randall
      Reg. No.: 02796-015
      Crim. No.: 05-84m-MPT

Dear Judge Thynge:

This letter is to inform you that the above-named defendant arrived at this institution on June 8, 2005. He has been designated for the purpose of completing a forensic evaluation pursuant to your order of May 17, 2005.

We expect to complete the study by July 8, 2005. At that time, the United States Marshals Service will be notified that the study is complete and the defendant may be transported back to court. The Court may expect a final copy of the forensic evaluation within three weeks of that notification.

The forensic psychologist assigned to this study is Dr. Christine Scronce. We have requested all relevant records on the case from both attorneys.

Please feel free to contact Dr. Scronce at (978) 796-1000, extension 1421, should you need more information.

Sincerely,

*D. P. Schult*

David L. Winn
Warden