REDACTED 

Dear Judge Thynge:

05-84M-MPT

Judge Thynge:

My name is Randall E. Hill III.

I'm located at the Phila Prison, my number is 02796-015.

I'm request a motion to my lawyer Chris Coyote:

Dr. Kedson at 7e South at the Phila Prison & I talked the other day & He told me, all you have to do is request from your lawyer a medical Dictionary on Clinical Hypnosis & any data on Clinical Hypnosis.

I'm requesting that motion be filed.

I'm requesting that if not I'll file an obstruction against my lawyer because I have already requested that.

RANDALL E. HILL

02796-015

Thank You
Randall E. Hill III
02796-015