# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

**Penny Marshall**
Federal Public Defender

**Christopher S. Koyste**
Assistant Federal Public Defender

**Eleni Kousoulis**
Assistant Federal Public Defender

**Jonathan Pignoli**
Research and Writing Specialist

FILED
SEP - 7 2005
MARY PAT THYNGE
U.S. MAGISTRATE JUDGE

September 7, 2005

The Honorable Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Randall Hill**
              <u>**Criminal Action Number: 05-84M-MPT**</u>

Dear Judge Thynge:

    I thank you for forwarding to me a copy of the letter that Mr. Hill recently wrote to you. I have written Mr. Hill a letter responding to his requests.

                                      Respectfully Submitted,

                                      Christopher S. Koyste
                                      Assistant Federal Public Defender

CSK/khs