05-84M

Judge Thynge:

I'm not scysophrenic, Mr Scrounce lied & perjured Herself.

I'm formally requesting the court for 3 expert opinions o Clinical Hypnosis & o that is the LAW.

I'm not nor did I ever see Imaginary people I can prove Drang of Delaware/Had people on my Job since 1983 & Bold Roomates & 4 old girlfriends who Had me under Hypnosis. I Have newly Discovered evidence that somebody Had me under Hypnosis & is obstructing Justice in your court. All of my ~~responses~~

FILED
SEP 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Title 7 of U.S. Constitution since 1983 overturn by Case of Public hearing of 1984.

I'm requesting please Clinical Hypnosis & a New lawyer. & A New psychiatrist.

## Clinical Hypnosis

Useful tool for dealing with trauma especially violent crimes trauma, such as rape, robbery, shooting. Clinical Hypnosis is useful in prying away from the psychological layers used by a person to insulate themselves from painful memories. Clinical Hypnosis is a useful tool when used on adults where suspected childhood molestation is present. Clinical Hypnosis can be used to uncover forgotten memories. It is highly effective against obsessive compulsive and addictive behavior.

*Chris Duffy*

*That is the LAW;*