## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cr.A.No. 05-84M |
| v. | ) |
| | ) |
| RANDALL HILL, | ) |
| | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney April Byrd and enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for the government in the above-captioned case. Please be advised that Ms. Byrd no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney David L. Hall.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                             By:    /s/David L. Hall
                                      David L. Hall
                                      Assistant United States Attorney

Dated: October 19, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr.A.No. 05-84M |
| | ) | |
| v. | ) | |
| | ) | |
| RANDALL HILL, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certifies under penalty of perjury that on October 19, 2005, I electronically filed:

**SUBSTITUTION OF COUNSEL**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Christopher Koyste, Esquire
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, DE 19801

                                              /s/Jennifer Brown
                                              Jennifer Brown