

## U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

Federal Medical Center
P. O. Box 1600
Butner, NC 27509
(919) 575-3900

December 9, 2005

The Honorable Mary Pat Thynge
District of Delaware
J. Caleb Boggs Federal Building
Lockbox 8
844 North King Street
Wilmington, DE 19801-3555

RE:  Hill, Randall III
     Register Number:    02796-015
     Docket Number:      05-84M-MPT

FILED
DEC  9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Thynge:

The above-referenced individual was admitted to the Mental Health Unit of this facility on November 28, 2005, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Hill, which are necessary to complete his evaluation. We have calculated the evaluation period to end on January 11, 2006. **My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date.**

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

cc:  David Hall, Assistant United States Attorney
     Christopher Koyste, Attorney