

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

December 19, 2005

Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: **United States v. Randall Hill**
        **Criminal Action No. 05-84M-MPT**

Dear Judge Thynge:

    I have received the Court's order scheduling a competency hearing for February 14, 2006 at 12. I will be on military leave from February 6 through February 21. I write to request a continuance of the hearing until after February 21.

    Thank you for your consideration.

                      Respectfully,

                      COLM F. CONNOLLY
                      United States Attorney

                By: /s/
                      David L. Hall
                      Assistant United States Attorney

DLH/jb
cc:   Christopher Koyste, Esquire