IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Act. No. 05-84M-MPT |
| RANDALL HILL, | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

COUNT ONE

On or about May 12, 2005, in the State and District of Delaware, Randall Hill, defendant herein, did knowingly and forcibly assault an employee of the United States while the employee was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).



COLM F. CONNOLLY
UNITED STATES ATTORNEY

_____
Leonard P. Stark
Assistant United States Attorney

Dated: May 25, 2006