## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Action No. 05-84M-MPT** |
| | : | |
| **RANDALL HILL** | : | |
| | : | |

### MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard Stark, Assistant United States Attorney, and Christopher Koyste, Esq., attorney for the defendant, Randall Hill, the following agreement is hereby entered into by the respective parties:

1. The defendant agrees to plead guilty to an Information, charging him with simple assault, in violation of ~~Title 18, U. S. Code, Section 111(a)(1).~~ Title 18, U. S. Code, Section 111(a)(1).

2. The maximum penalty is one year imprisonment, one year supervised release, a $100,000 fine, and a $25 mandatory special assessment.

3. The defendant understands that if he were to proceed to trial on the complaint charging simple assault, in violation of in violation of Title 18, U. S. Code, Section 111(a)(1), the government would have to prove each of the following elements of the offense beyond a reasonable doubt: (1) the defendant knowingly, (2) forcibly assaulted, (3) an employee of the United States, (4) while the employee was engaged in the performance of his official duties.

4. The defendant knowingly, voluntarily, and intelligently admits that on May 12, 2005, he knowingly forcibly assaulted a court security officer in the United States Courthouse, Wilmington, Delaware, while the court security officer was engaged in the performance of his official duties.

FILED

MAY 2 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

6.    The defendant understands that at sentencing the District Court must consider the United States Sentencing Guidelines and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. §3553(a). The defendant further understands that the Government will likely recommend that the Court impose a sentence consistent with the sentencing range set forth by the sentencing guidelines.

7.    It is further agreed by the undersigned parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this memorandum may be modified only in a written agreement executed by all the undersigned parties; and that any and all promises, representations, and statements made prior to or after this Memorandum are null and void and have no effect whatsoever.

COLM F. CONNOLLY
United States Attorney

BY:

_____          _____
Christopher Koyste, Esq.          Leonard Stark
Attorney for Defendant            Assistant United States Attorney

_____
Randall Hill                      Dated: 25 May 2006
Defendant

AND NOW this ___ day of _____, 2006, the foregoing

Memorandum of Plea Agreement is hereby (accepted) (rejected) by the Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Court
District of Delaware